1040

[No. 25152-0-I.   Division One.   February 19, 1991.]

ROGER C. PRICE, *Petitioner,* v. ANDREW J. LOFTON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-08549-6, Dale B. Ramerman, J., entered November 17, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman and Baker, JJ.

[No. 13321-1-II.   Division Two.   February 20, 1991.]

RALPH BREWER, *Appellant,* v. J. HOFERT CO., *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 85-2-01414-3, Carol A. Fuller, J., entered October 17, 1989. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 10840-6-III.   Division Three.   February 21, 1991.]

SANDRA VAN SKYOCK, *Appellant,* v. STEVENS COUNTY SHERIFF'S DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for Stevens County, No. 89-2-00355-2, Larry M. Kristianson, J., entered April 24, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, A.C.J., and Thompson, J.